O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>     v. )<br>MARLON RAY DUKE, )<br>            Defendant. )<br>_____ ) | CASE NO. CR11-1017-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On August 25, 2015, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on January 22, 2014 and August 19, 2015. Government counsel, Stephen Goorvitch, the defendant and his appointed attorney, Yolanda Barrera, were present. The U.S. Probation Officer, R. William Crovella, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petitions filed on January 22, 2014 and August 19, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on December 19, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervised release to follow.

1  IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the
2  United States Marshal or other qualified officer and that said copy shall serve as the
3  commitment of defendant.

5  FILE/DATED: <u>August 26, 2015</u>

*[signature: Christina A. Snyder]*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
ACTING CLERK OF COURT


By: ___/S/_____
     Connie Lee, Deputy Clerk